# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135583

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

PAUL CHRISTOPHER MAY,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135583
COA: 272990
Oakland CC: 2006-207465-FC

On order of the Court, the application for leave to appeal the November 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk